POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Scott A Flaxman, 241285 <br> Law Offices of Scott A. Flaxman <br> 21 BUENA VISTA RD <br> SOUTH SAN FRANCISCO, CA 94080-5576 <br> TELEPHONE NO.: (415) 571-0582 <br> ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> United States District Court <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: Ouziz <br> DEFENDANT/RESPONDENT: Capital One Services, et al. | CASE NUMBER: <br> CV 08 2201 WHA |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons in a Civil Action, Complaint, Order Setting Initial Case Management Conference and ADR Deadlin Supplemental Order to Order Setting Initial Case Management Conference, Contents of Joint Case Manageme Statement, ECF Registration Information Handout, District Court Guidelines, Drop Box Filing Procedures

3. a. Party served: Capital One Services

   b. Person Served: Corporation Services Company, Karen Harris - Person authorized to accept service of process

4. Address where the party was served: 2730 Gateway Oaks Drive 100
   Sacramento, CA 95833

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 5/9/2008    (2) at (time): 2:10 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   Capital One Services

   under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:         Tyler Dimaria
   b. Address:      One Legal - 194-Marin
                    504 Redwood Blvd #223
                    Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 30.00
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No. 2006-06
          (iii) County SACRAMENTO

BY FAX

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 5/12/2008

Tyler Dimaria
(NAME OF PERSON WHO SERVED PAPERS)                                            (SIGNATURE)

Form Adopted for Mandatory Use <br> Judicial Council of California POS-010 <br> [Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6662373