05/15/2008 02:50  9165558170         RADOSLOVICH LAW CORP         PAGE 02/03

1  RADOSLOVICH LAW CORPORATION
   Michael L. Martucci, SBN 249623
2  601 University Avenue, Suite 250
   Sacramento, CA 95825
3  Telephone: (916) 565-8161
   Facsimile: (916) 565-8170
4

5  Attorneys for Defendants CAPITOL MORTGAGE CORPORATION
   and GREGORY TEETER
6

7
                IN THE UNITED STATES DISTRICT COURT
8
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 | MAROUANE OUZIZ,                ) Case No.: CV 08 2201
                                    )
11 |       Plaintiff,                ) STIPULATION TO EXTEND CAPITOL
                                    ) MORTGAGE COPORATION'S AND
12 |   vs.                           ) GREGORY TEETER'S TIME TO FILE
                                    ) RESPONSIVE PLEADINGS
13 |                                 )
   CAPITAL ONE SERVICES, GREGORY    )
14 | TEETER, INDIVIDUALLY AND AS    )
   AGENT FOR CAPITOL MORTGAGE       )
15 | CORPORATION, AMANDA RAWLS,     )
   INDIVIDUALLY AND AS AGENT FOR    )
16 | CAPITOL MORTGAGE CORPORATION,  )
   KEVEN NAFAL,                     )
17                                  )
          Defendants.                )
18                                  )

19      STIPULATION REGARDING THE EXTENSION OF TIME TO FILE RESPONSIVE
                                PLEADINGS
20

21 IT IS HEARBY STIPULATED, Defendants, CAPITOL MORTGAGE CORPORATION and

22 GREGORY TEETER, will file and serve responsive pleadings to the court on or before June 19,

23 2008.

24 ///

25 ///

26 ///

27 ///

28 ///

1  IT IS FURTHER STIPULATED, this extension of time will in no way alter, effect, or prejudice
2  any rights of any parties to this stipulation.

4  DATED: May 15, 2008           RADOSLOVICH LAW CORPORATION

7                                 MICHAEL L. MARTUCCI, Attorney for
8                                 Defendants CAPITOL MORTGAGE CORPORATION
                                   GREGORY TEETER

9  DATED: May 15, 2008           SCOTT FLAXMAN LAW

13                                SCOTT A. FLAXMAN, Attorney for
                                   Plaintiff MAROUANE OUZIZ

2