| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Scott A. Flaxman, 241285<br>Law Offices of Scott A. Flaxman<br>21 BUENA VISTA RD<br>SOUTH SAN FRANCISCO, CA 94080-5576 | (415) 571-0582 | ORIGINAL FILED<br>MAY 27 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| | Ref. No. or File No.<br>none | |
| ATTORNEY FOR (Name): Plaintiff | | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Marouane Ouziz

DEFENDANT:

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | CV 08 2201 WHA |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Civil Summon; Complaint; ECF Reg Rules

2. Party Served:          Gregory Teeter

3. Person Served:         party in item 2

   a. Left with:          Jennifer Stewart- Person in Charge of Office

4. Date & Time of Delivery:   5/8/2008        9:23 AM

5. Address, City and State:   1540 Eureka Road 100
                              Roseville, CA 95661

6. Manner of Service:    By leaving the copies with or in the presence of Jennifer Stewart, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

BY FAX

Registered California process server,
County: SACRAMENTO
Registration No.:0801

Sabina Ohta
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 5/22/2008 at Oakland, California.

Signature: _____
           Sabina Ohta

FF# 6661841

2008-05-23 13:48                                                                    Page 4

116A38215.tif - 5/23/2008 2:23:34 PM