Case 3:08-cv-02201-WHA   Document 11   Filed 06/03/2008   Page 1 of 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Scott A Flaxman 238235<br>Law Offices of Scott A. Flaxman<br>21 BUENA VISTA RD<br>SOUTH SAN FRANCISCO, CA 94080-5576 | (415) 571-0582 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.: none | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Marouane Ouziz

DEFENDANT:

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 08 2201 WHA |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Civil Summon; Complaint; ECF Reg Rules

2. Party Served:            Kevin Nafai

3. Person Served:           party in item 2

4. Date & Time of Delivery:  5/27/2008            1:00 PM

5. Address, City and State:  3031 Foothill Blvd. 160
                             Roseville, CA 95747

6. Manner of Service:       Personal Service - By personally delivering copies.

BY FAX

Fee for Service: $ 64.00

Registered California process server.
County: SACRAMENTO
Registration No.:0801

Sabina Ohta
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 5/28/2008 at Oakland, California.

Signature: _____
                                Sabina Ohta

FF# 6661843