SCOTT A. FLAXMAN (SBN 241285)
**SCOTT FLAXMAN LAW**
200 Valley Drive #13
Brisbane, California 94005
Telephone: (415) 571-0582
Facsimile:  (650) 952-0409
scottf@scottflaxmanlaw.com

**ATTORNEY FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAROUANE OUZIZ<br><br>Plaintiff<br><br>vs.<br><br>GREENPOINT MORTGAGE FUNDING, INC.,<br><br>CAPITOL MORTGAGE CORPORATION, et al.<br><br>Defendants. | Case No. 3:08-CV-02201-WHA<br>[Assigned for All Purposes to the Honorable Judge William H. Alsup]<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CAPITAL ONE, N.A., ANDREW J. GALE AND DAVID CALDERA |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff, Marouane Ouziz, voluntarily dismisses the entire above-captioned action without prejudice as against defendants, Capital One, N.A., Andrew J. Gale and David Caldera.

---

**MAROUANE OUZIZ'S VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE CAPITAL ONE, N.A., ANDREW J. GALE AND DAVID CALDERA**

1
2
3   DATED:  June 05, 2008
4
                                                      **SCOTT FLAXMAN LAW**

                                              _____/S/_____
                                              SCOTT A. FLAXMAN

5                                             **ATTORNEY FOR PLAINTIFF**
                                              MAROUANE OUZIZ
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**MAROUANE OUZIZ'S VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE CAPITAL ONE, N.A., ANDREW J. GALE AND DAVID CALDERA**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 05, 2008, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.

s/Scott A. Flaxman_____
Scott A. Flaxman

**MAROUANE OUZIZ'S VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE CAPITAL ONE, N.A., ANDREW J. GALE AND DAVID CALDERA**