SCOTT A. FLAXMAN (SBN 241285)
**SCOTT FLAXMAN LAW**
21 Buena Vista Road
South San Francisco, California 94080
Telephone: (415) 571-0582
Facsimile:  (650) 952-0409
scottf@scottflaxmanlaw.com

**ATTORNEY FOR PLAINTIFF**


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MAROUANE OUZIZ <br><br>           Plaintiff <br><br> vs. <br><br> GREENPOINT MORTGAGE FUNDING, INC., <br><br> CAPITOL MORTGAGE CORPORATION, et al. <br><br><br>          Defendants | Case No. 3:08-CV-02201-WHA <br><br> [Assigned for All Purposes to the Honorable Judge William H. Alsup] <br><br> ANSWER OF COUNTER DEFENDANT MAROUANE OUZIZ TO DEFENDANT GREENPOINT MORTGAGE FUNDING, INC.'S COUNTERCLAIM |

GREENPOINT MORTGAGE FUNDING, INC., )
)
)
Counterclaimant )
)
)
vs. )
)
)
MAROUANE OUZIZ )
)
Counter Defendant

MAROUANE OUZIZ )
)
)
Counter-Counterclaimant )
)
)
vs. )
)
)
GREENPOINT MORTGAGE FUNDING, INC.; )
)
CAPITOL MORTGAGE COMPANY )
)
)
Counter-Counter-Defendants )

## **ANSWER**

Plaintiff, Counter-Counterclaimant, and Counter-Defendant Marouane Ouziz ("Mr. Ouziz") hereby answers Defendant, Counter-Counter-Defendant and Counterclaimant Greenpoint Mortgage Funding, Inc.'s ("Greenpoint") counterclaim dated, June 23, 2008 ("Counterclaim") as follows:

Except as expressly admitted herein, all allegations in the Counterclaim are denied.   References to paragraph numbers refer to Greenpoint's Counterclaim unless otherwise expressly stated.

1. Mr. Ouziz admits that the claims alleged in the underlying Complaint that Mr. Ouziz filed were brought pursuant to the Real Estate Settlement Procedures Act ("RESPA") and the Civil Racketeer Influenced and Corrupt Organizations Act ("Civil RICO").  The last sentence of the first paragraph states a conclusion of law to which no response is required.

2. Paragraph 2 does not contain any material allegation concerning Mr. Ouziz and on that basis, Mr. Ouziz does not respond to the statements contained therein.

3. Mr. Ouziz admits that he is and was a resident of California residing at 95 Cleopatra Drive, Pleasant Hill, California ("Property").

4. Mr. Ouziz denies that he was an agent or employee or acting within the course and scope of such agency or employment with permission, knowledge or consent or ratification of any entity or person with any relevance to the Counterclaim or Mr. Ouziz's original Complaint.

5. Paragraph 5 does not contain any material allegations concerning Mr. Ouziz and, on that basis, Mr. Ouziz does not respond to the statements contained therein.  To the extent that paragraph 5 requires an answer, Mr. Ouziz denies the allegations in paragraph 5.

6. Paragraph 6 does not contain any material allegations concerning Mr. Ouziz and, on that basis, Mr. Ouziz does not respond to the statements contained therein.  To the extent that paragraph 6 requires an answer, Mr. Ouziz denies the allegations in paragraph 6

7. Mr. Ouziz admits that paragraph 17(e) of the Complaint states that Defendant Kevin Nafai ("Defendant Nafai") is "an individual, and upon information and belief, was, at all times relevant to this matter, either an employee or an independent contractor working for Defendant Capitol Mortgage."

8. Mr. Ouziz admits that Mr. Ouziz discussed the possibility of refinancing the Property with Defendant Nafai.

9. Mr. Ouziz denies the allegations contained in paragraph 9.

10. Mr. Ouziz admits that he dealt directly with Defendant Capitol Mortgage Corporation ("Capitol") concerning the refinance.  Mr. Ouziz admits that Capitol was the Broker of Record.

11. Mr. Ouziz denies that he submitted "LOAN APPLICATIONS" as alleged by Greenpoint and as reproduced by Greenpoint as Exhibits 2 and 3 of Greenpoint's Counterclaim. ("Greenpoint's LOAN APPLICATIONS").   Page 2 of 4 of Greenpoint's Exhibit 2 (Attached to this Answer as Plaintiff's Exhibit E and hereby incorporated by reference) and page 2 of 4 of Exhibit 3 (Attached as Plaintiff's Exhibit F and hereby incorporated by reference) ("Greenpoint's LOAN APPLICATIONS") contain false and fraudulent information NOT supplied by Mr. Ouziz.

Greenpoint admits that Capitol Mortgage submitted these documents to Greenpoint and that Greenpoint did not receive a copy signed by Mr. Ouziz but rather received a copy signed by: Amanda Rawls [*Greenpoint's Answer dated June 23, 2008 at paragraph 30*] who was either an employee or independent contractor of Capitol Mortgage at all relevant times.

Greenpoint's LOAN APPLICATIONS page 2 of Exhibit E and F contain neither signature nor initial of Mr. Ouziz.

Greenpoint's  LOAN APPLICATIONS are highly irregular.  They purport to be Uniform Residential Loan Application forms, (Freddie Mac Form 65 7/05 and Fannie Mae Form 1003 7/05) ("Uniform Residential Loan Application")[*A true and correct copy of a Uniform Residential Loan Application is attached hereto as Exhibit G and hereby incorporated by reference]*.  Greenpoint's LOAN APPLICATIONS are starkly different than the Uniform Residential Loan Application in critical ways.  A pivotal difference between the Uniform Residential Loan Application and Greenpoint's LOAN APPLICATIONS is that on the industry standard loan applications there are areas at the bottom of pages 1 and 2 where a loan applicant is required to place his or her initials. The purpose of these initial blocks is to allow the borrower to confirm information and to prevent other entities from writing in false and fraudulent information about the borrower.

A true and correct copy of page 2, the monthly income page, of the Uniform Residential Loan Application is attached hereto as Exhibit H and hereby incorporated by reference.

Greenpoint's Loan Application's instead of having initial blocks, in these necessary locations, have black, rectangular boxes. (Compare page 2 of Exhibits E and F-Greenpoint's LOAN APPLICATIONS-with page 2 of Exhibit G and Exhibit H—Freddie Mac/Fannie Mae Uniform Residential Loan Applications).

Mr. Ouziz denies that he signed Greenpoint's LOAN APPLICATIONS as alleged by Greenpoint; Greenpoint admits that Mr. Ouziz did NOT sign the "Loan Applications" that Greenpoint is alleging Mr. Ouziz signed.  Greenpoint and/or Capitol altered the Uniform Residential Loan Application to eliminate initials from the monthly income page.

Greenpoint did receive a series of signed documents with the $16,750.00 monthly figure on it faxed from Capitol to Greenpoint on June 20th, 2006.  ("Greenpoint/Capitol Uniform Underwriting and Transmittal Summary Documents") attached as Exhibit I and hereby incorporated by reference. The middle of page 1 states: Total Income: $16,750.00 at the

bottom of page 1 the document states: Contact Name: Amanda Rawls; Loan Officer, Phone Number: 916-691-5515.  The top of page 2 states: Underwriter Name: Gwen Thrower; middle of page 2 states total income: $16,750.00 the bottom of page 2 contains Gwen Thrower's signature and the date: 6/15/06.  Top of page 3 states: Underwriter's name: Gwen Thrower and the middle of page 3 states: total income: $16,750.00; page 4 contains the same information as page 3.

12. Paragraph 12 does not contain any material allegations concerning Mr. Ouziz and, on that basis, Mr. Ouziz does not respond to the statements therein.  To the extent that paragraph 12 makes any allegation against Mr. Ouziz, Mr. Ouziz denies those allegations.   Mr. Ouziz is informed and does believe that Greenpoint did immediately sell those loans to a third party.  Mr. Ouziz notes that Greenpoint does not state the date of the sale of those loans in the Counterclaim, but does state the dates that Greenpoint transferred servicing of those loans.

13. Paragraph 13 does not contain any material allegations concerning Mr. Ouziz and, on that basis, Mr. Ouziz does not respond to the statements therein.  To the extent that paragraph 13 does require a response or contains an allegation against, Mr. Ouziz, Mr. Ouziz denies the allegation.

14. Mr. Ouziz denies that Mr. Ouziz signed Greenpoint's LOAN APPLICATIONS as represented by Greenpoint.

15. Mr. Ouziz admits that Mr. Ouziz was employed as a Sales Director for Swipe USA.  Mr. Ouziz admits that Swipe USA is a company that places, leases and sells ATMs (Automated Teller Machines) to businesses.

16. Mr. Ouziz denies that he stated that he earned a gross monthly income of $16,750.00.  Either Capitol created the $16,750.00 monthly income figure on its own OR Capitol, under the direction of Greenpoint, created the $16,750.00 monthly income figure knowing that this is the minimum amount that Greenpoint would need to show to its investors when it went to sell the Ouziz loans as Greenpoint has admitted they did.  Furthermore, as detailed above, Greenpoint has stated in their Counterclaim that Mr. Ouziz did not sign or initial any representation of a monthly income and Greenpoint has alleged that an employee or independent contractor of Capitol is the only party that signed any alleged representation of Mr. Ouziz's monthly income.  Greenpoint's LOAN APPLICATIONS are very unusual in their contrast to the standard Fannie Mae and Freddie Mac Uniform Residential Loan Forms which have an initial block on the monthly income page.  Greenpoint's LOAN APPLICATIONS have a black, rectangular box covering the word: "initials" and the line used to enter the initials.

17. Mr. Ouziz denies that he signed the Greenpoint "LOAN APPLICTIONS."  Furthermore, Greenpoint admits that Mr. Ouziz did NOT sign the Loan Applications that Greenpoint is alleging Mr. Ouziz signed.

18. Mr. Ouziz is informed and believes that Greenpoint's allegations in paragraph 18 are false. Mr. Ouziz denies the allegations in paragraph 18.

19. Mr. Ouziz denies the allegations in paragraph 19.  Mr. Ouziz denies that he made the "statements" in the alleged "LOAN APPLICATIONS" that Greenpoint claims Mr. Ouziz made.  Greenpoint has admitted that Mr. Ouziz did NOT sign Greenpoint's LOAN APPLICATIONS that were allegedly submitted to Greenpoint.  Furthermore, Capitol either on its own, or under direction from Greenpoint made the false and fraudulent "statements" on the alleged Loan Applications (Greenpoint's LOAN APPLICATIONS) that Greenpoint is now complaining about.

20. Mr. Ouziz denies the allegations in paragraph 20.  Greenpoint admits that Mr. Ouziz did not sign Greenpoint's LOAN APPLICATIONS in the manner it is now alleging or make representations about Mr. Ouziz's monthly income.  Capitol, either on its own, or under direction from Greenpoint made the false and fraudulent, "representations of monthly income" that Greenpoint is complaining about.

21. Mr. Ouziz denies the allegations in paragraph 21. Mr. Ouziz denies that Greenpoint has been damaged in any amount as Greenpoint has alleged.  Capitol either on its own or under direction from Greenpoint made the "fraudulent and false representations" that Greenpoint is complaining about.

22. Mr. Ouziz denies the allegations in paragraph 22.

23. Paragraph 23 does not contain any material allegations concerning Mr. Ouziz and on that basis, Mr. Ouziz does not respond to the statements contained therein.  To the extent that paragraph 23 contains an allegation against Mr. Ouziz, Mr. Ouziz denies the allegation.

24. Mr. Ouziz admits that funds were used to pay off pre-existing debt that had been incurred by Mr. Ouziz.  Mr. Ouziz is informed and believes that Exhibit 4 and Exhibit 5 of Defendant Greenpoint's Counterclaim appear to be correct copies of the HUD-1s, however the pay-off of the pre-existing debt of $565,969.17 was made to GMAC Mortgage Corporation and not to WGMAC [sic] Mortgage Corporation as alleged in Greenpoint's Counterclaim.

25. Mr. Ouziz admits that Mr. Ouziz entered into two contracts with Greenpoint in the form of promissory notes secured by Deeds of Trust in the total amount of $612,000.00.

26. Mr. Ouziz denies the allegations contained in paragraph 26.

### FIRST AFFIRMATIVE DEFENSE

#### (Failure to State Cause of Action)

1.  As a first affirmative defense, Mr. Ouziz alleges that the Counterclaim fails to state facts sufficient to constitute any cause of action against Mr. Ouziz upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

#### (Ambiguous and Uncertain Counterclaim)

2.  As a second affirmative defense, Mr. Ouziz alleges that the Counterclaim and each cause of action purportedly stated therein is ambiguous and uncertain.

### THIRD AFFIRMATIVE DEFENSE

#### (Laches)

3.  As a third affirmative defense, Mr. Ouziz alleges that the Counterclaim is barred by the equitable doctrine of laches.

### FOURTH AFFIRMATIVE DEFENSE

#### (Waiver)

4.  As a fourth affirmative defense, Mr. Ouziz alleges that the Counterclaim is barred by the equitable doctrine of waiver.

### FIFTH AFFIRMATIVE DEFENSE

#### (Estoppel)

5.  As a fifth affirmative defense, Mr. Ouziz alleges that the Counterclaim is barred by the equitable doctrine of estoppel.

### SIXTH AFFIRMATIVE DEFENSE

#### (Failure to Mitigate Damages)

6.  As a sixth affirmative defense, Mr. Ouziz alleges that if and to the extent that Greenpoint has sustained any damages (which Mr. Ouziz denies) as a result of the alleged actions or omissions of Mr. Ouziz, any recovery from Mr. Ouziz should be limited to the extent that Greenpoint failed to mitigate its damages.

## SEVENTH AFFIRMATIVE DEFENSE

### (Ratification)

7. As a seventh affirmative defense, Greenpoint, at all times had actual and/or constructive knowledge of the circumstances upon which Greenpoint's Counterclaim is based. Greenpoint expressly accepted those circumstances and thereby ratified the conduct of which Greenpoint complains.

## EIGHTH AFFIRMATIVE DEFENSE

### (No Specificity )

8. As an eighth affirmative defense, Mr. Ouiz alleges that Greenpoint has failed to plead allegations with the specificity required to state a cause of action for Fraud or Equitable Subrogation.

## NINTH AFFIRMATIVE DEFENSE

### (Comparative Negligence)

9. As a ninth affirmative defense, Mr. Ouziz alleges that as to any damages Greenpoint alleges were sustained, which damages are denied by Mr. Ouziz, such damages were proximately caused by the negligence of Greenpoint and third parties.

## TENTH AFFIRMATIVE DEFENSE

### (Reservation of Right to Assert Further Affirmative Defenses)

10. As a tenth affirmative defense, Mr. Ouziz hereby reserves his right to assert any additional affirmative defenses as may be applicable to this action as further discovery may warrant.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

11. As an eleventh affirmative defense, Mr. Ouziz alleges that Greenpoint, by Greenpoint's actions is barred from recovery under the doctrine of unclean hands.

## TWELTH AFFIRMATIVE DEFENSE

### (Justified Acts)

12. As a twelfth affirmative defense, Mr. Ouziz alleges that at all times relevant to the Counterclaim, Mr. Ouziz's actions were justified.

### THIRTEENTH AFFIRMATIVE DEFENSE

13.  As a thirteenth affirmative defense, Mr. Ouziz denies that he has breached any oral or written agreement; any damages incurred herein by Greenpoint is solely and totally due to the acts and omissions of Greenpoint or other persons for which Mr. Ouziz has no responsibility.

### FOURTEENTH AFFIRMATIVE DEFENSE

14. As a fourteenth affirmative defense, Greenpoint is liable to Mr. Ouziz for damages and, consequently, any recovery must be offset by those damages.

### FIFTEENTH AFFIRMATIVE DEFENSE

15.  As a fifteenth affirmative defense,  Mr. Ouziz alleges that the Counterclaim and each cause of action therein is barred in that Greenpoint has not suffered any damages whatsoever from the events complained of therein by any acts of Mr. Ouziz, or if Greenpoint has suffered any damages, such damage is nominal and not actionable.

### SIXTEENTH AFFIRMATIVE DEFENSE

16. As a sixteenth affirmative defense, Mr. Ouziz alleges that there was an intervening and/or superseding cause of any injury suffered by Greenpoint (which as detailed above Mr. Ouziz denies) or any damages suffered by Greenpoint, if any, and Greenpoint's claims are barred, in whole or in part, as a result thereof.

### SEVENTEENTH AFFIRMATIVE DEFENSE

17. As a seventeenth affirmative defense, Mr. Ouziz alleges that Greenpoint, knowing the probable consequences thereof, freely and voluntarily participated in the activities as Greenpoint has alleged in the Counterclaim and Greenpoint thereby assumed all risks attendant thereto and Greenpoint's claims are barred, in whole or in part, as a result thereof.

WHEREFORE, Mr. Ouziz prays for relief on all of Greenpoint's causes of actions in Greenpoint's Counterclaim as follows:

1.  Greenpoint takes nothing from its Counterclaim;
2.  Costs of suit, including reasonable attorney fees; and
3.  Any other further relief the court deems just and proper.

**SCOTT FLAXMAN LAW**

DATED:  July 3rd, 2008

_____/S/_____
SCOTT A. FLAXMAN

**ATTORNEY FOR PLAINTIFF**
MAROUANE OUZIZ

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3rd , 2008, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.

s/Scott A. Flaxman_____
Scott A. Flaxman

MAROUANE OUZIZ'S ANSWER TO DEFENDANT GREENPOINT MORTGAGE FUNDING, INC.'S COUNTERCLAIM

# EXHIBIT E



## VI. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 7,250.00 | $ | $ 7,250.00 | Rent | $ 0.00 | |
| Overtime | 0.00 | | 0.00 | First Mortgage (P&I) | 3,300.00 | $ 1,373.54 |
| Bonuses | 0.00 | | 0.00 | Other Financing (P&I) | 702.00 | 0.00 |
| Commissions | 9,500.00 | | 9,500.00 | Hazard Insurance | 166.00 | 166.00 |
| Dividends/Interest | 0.00 | | 0.00 | Real Estate Taxes | 740.00 | 740.00 |
| Net Rental Income | 0.00 | | 0.00 | Mortgage Insurance | 0.00 | 0.00 |
| Other (before completing, see the notice in "describe other income," below) | 0.00 | 0.00 | 0.00 | Homeowner Assn. Dues | 0.00 | 0.00 |
| | | | | Other: | 0.00 | 0.00 |
| Total | $ 16,750.00 | $ 0.00 | $ 16,750.00 | Total | $ 4,908.00 | $ 2,281.54 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

| B/C | Describe Other Income    Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan. | Monthly Amount |
|---|---|---|
| | | $ |
| | | |
| | | |

## VII. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed about that spouse or other person also.
Completed [ ] Jointly [ x ] Not Jointly

| ASSETS<br>Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address, and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities, which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ 0.00 | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
| | | Name and address of Company | $ Payment/Months | $ |
| List checking and savings accounts below | | *** SEE ADDENDUM *** | | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| Bank of America | | | | |
| | | Acct. no. | | |
| | | Name and address of Company | $ Payment/Months | $ |
| Acct. no. 02776-11148 | $ 15,013.00 | | | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. | | |
| | | Name and address of Company | $ Payment/Months | $ |
| Acct. no. | $ | | | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. | | |
| | | Name and address of Company | $ Payment/Months | $ |
| Acct. no. | $ | | | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. | | |
| | | Name and address of Company | $ Payment/Months | $ |
| Acct. no. | $ | | | |
| Stocks & Bonds (Company name/number & description) | $ | | | |
| | | Acct. no. | | |
| | | Name and address of Company | $ Payment/Months | $ |
| Life insurance net cash value | $ 0.00 | | | |
| Face amount: $ 0.00 | | | | |
| Subtotal Liquid Assets | $ 15,013.00 | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ 710,000.00 | Acct. no. | | |
| Vested interest in retirement fund | $ 0.00 | Name and address of Company | $ Payment/Months | $ |
| Net worth of business(es) owned (attach financial statement) | $ 0.00 | | | |
| Automobiles owned (make and year) | $ | | | |
| | | Acct. no. | | |
| | | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | $ | Job-Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ 1,065.00 | |
| Total Assets a. | $ 725,013.00 | Net Worth ▶ $ 668,226.00 | Total Liabilities b. | $ 56,787.00 |

# EXHIBIT F

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 7,250.00 | $ | $ 7,250.00 | Rent | $ 0.00 | |
| Overtime | 0.00 | | 0.00 | First Mortgage (P&I) | 3,900.00 | $ 1,832.00 |
| Bonuses | 0.00 | | 0.00 | Other Financing (P&I) | 702.00 | 297.50 |
| Commissions | 9,500.00 | | 9,500.00 | Hazard Insurance | 166.00 | 166.00 |
| Dividends/Interest | 0.00 | | 0.00 | Real Estate Taxes | 740.00 | 740.00 |
| Net Rental Income | 0.00 | | 0.00 | Mortgage Insurance | 0.00 | 0.00 |
| Other (before completing, see the notice in "describe other income," below) | 0.00 | 0.00 | 0.00 | Homeowner Assn. Dues | 0.00 | 0.00 |
| | | | | Other: | 0.00 | 0.00 |
| Total | $ 16,750.00 | $ 0.00 | $ 16,750.00 | Total | $ 4,908.00 | $ 3,035.50 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Describe Other Income    Notice: Alimony, child support, or separate maintenance Income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |
| | | |
| | | |
| | | |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed about that spouse or other person also.

Completed [ ] Jointly [ x ] Not Jointly

| ASSETS Description | Cash or Market Value |
|---|---|
| Cash deposit toward purchase held by: | $ 0.00 |
| List checking and savings accounts below | |
| Name and address of Bank, S&L, or Credit Union | |
| Bank of America | |
| Acct. no. 02776-11140 | $ 15,013.00 |
| Name and address of Bank, S&L, or Credit Union | |
| Acct. no. | $ |
| Name and address of Bank, S&L, or Credit Union | |
| Acct. no. | $ |
| Name and address of Bank, S&L, or Credit Union | |
| Acct. no. | $ |
| Stocks & Bonds (Company name/number & description) | $ |
| Life insurance net cash value Face amount: $ 0.00 | $ 0.00 |
| Subtotal Liquid Assets | $ 15,013.00 |
| Real estate owned (enter market value from schedule of real estate owned) | $ 710,000.00 |
| Vested interest in retirement fund | $ 0.00 |
| Net worth of business(es) owned (attach financial statement) | $ 0.00 |
| Automobiles owned (make and year) | $ |
| Other Assets (itemize) | $ |
| Total Assets a. | $ 725,013.00 |

Liabilities and Pledged Assets. List the creditor's name, address, and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities, which will be satisfied upon sale of real estate owned or upon refinancing of the subject property.

| LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|
| Name and address of Company *** SEE ADDENDUM *** | $ Payment/Months | $ |
| Acct. no. | | |
| Name and address of Company | $ Payment/Months | $ |
| Acct. no. | | |
| Name and address of Company | $ Payment/Months | $ |
| Acct. no. | | |
| Name and address of Company | $ Payment/Months | $ |
| Acct. no. | | |
| Name and address of Company | $ Payment/Months | $ |
| Acct. no. | | |
| Name and address of Company | $ Payment/Months | $ |
| Acct. no. | | |
| Name and address of Company | $ Payment/Months | $ |
| Acct. no. | | |
| Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Job-Related Expense (child care, union dues, etc.) | $ | |
| Total Monthly Payments | $ 1,065.00 | |
| Net Worth (a minus b) ▶ $ 668,226.00 | Total Liabilities b. | $ 56,787.00 |

# EXHIBIT G

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower," as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the Borrower (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

_____
Borrower

_____
Co-Borrower

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA ☐ FHA | ☐ Conventional ☐ USDA/Rural Housing Service | ☐ Other (explain): | Agency Case Number | Lender Case Number |
|---|---|---|---|---|---|

| Amount | Interest Rate | No. of Months | Amortization Type: | ☐ Fixed Rate ☐ GPM | ☐ Other (explain): ☐ ARM (type): |
|---|---|---|---|---|---|
| $ | % | | | | |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state & ZIP) | No. of Units |
|---|---|

| Legal Description of Subject Property (attach description if necessary) | Year Built |
|---|---|

| Purpose of Loan | ☐ Purchase ☐ Refinance | ☐ Construction ☐ Construction-Permanent | ☐ Other (explain): | Property will be: ☐ Primary Residence ☐ Secondary Residence ☐ Investment |
|---|---|---|---|---|

**Complete this line if construction or construction-permanent loan.**

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

**Complete this line if this is a refinance loan.**

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
|---|---|---|---|---|
| | $ | $ | | Cost: $ |

| Title will be held in what Name(s) | Manner in which Title will be held | Estate will be held in: ☐ Fee Simple ☐ Leasehold (show expiration date) |
|---|---|---|

| Source of Down Payment, Settlement Charges, and/or Subordinate Financing (explain) |
|---|

## III. BORROWER INFORMATION

| | Borrower | | | Co-Borrower | | |
|---|---|---|---|---|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) | | | Co-Borrower's Name (include Jr. or Sr. if applicable) | | | |

| Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School | Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School |
|---|---|---|---|---|---|---|---|

| ☐ Married ☐ Separated | ☐ Unmarried (include single, divorced, widowed) | Dependents (not listed by Co-Borrower) no. ages | ☐ Married ☐ Separated | ☐ Unmarried (include single, divorced, widowed) | Dependents (not listed by Borrower) no. ages |
|---|---|---|---|---|---|

| Present Address (street, city, state, ZIP) ☐ Own ☐ Rent No. Yrs. | Present Address (street, city, state, ZIP) ☐ Own ☐ Rent No. Yrs. |
|---|---|

| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |
|---|---|

**If residing at present address for less than two years, complete the following:**

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent No. Yrs. |
|---|---|

## IV. EMPLOYMENT INFORMATION

| | Borrower | | Co-Borrower | |
|---|---|---|---|---|
| Name & Address of Employer | ☐ Self Employed | Yrs. on this job | Name & Address of Employer ☐ Self Employed | Yrs. on this job |
| | | Yrs. employed in this line of work/profession | | Yrs. employed in this line of work/profession |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

**If employed in current position for less than two years or if currently employed in more than one position, complete the following:**

| Name & Address of Employer ☐ Self Employed | Dates (from - to) | Name & Address of Employer ☐ Self Employed | Dates (from - to) |
|---|---|---|---|
| | Monthly Income $ | | Monthly Income $ |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

| Name & Address of Employer ☐ Self Employed | Dates (from - to) | Name & Address of Employer ☐ Self Employed | Dates (from - to) |
|---|---|---|---|
| | Monthly Income $ | | Monthly Income $ |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ | $ | $ | Rent | $ | ////////// |
| Overtime | | | | First Mortgage (P&I) | | $ |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | | |
| Dividends/Interest | | | | Real Estate Taxes | | |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | |
| | | | | Other: | | |
| **Total** | $ | $ | $ | **Total** | $ | $ |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

| | Describe Other Income | Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan. | Monthly Amount |
|---|---|---|---|
| B/C | | | |
| | | | $ |
| | | | |
| | | | |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed about that spouse or other person also.

Completed [ ] Jointly [ ] Not Jointly

| ASSETS | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address, and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities, which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Description | | | | |
| Cash deposit toward purchase held by: | $ | **LIABILITIES** | **Monthly Payment & Months Left to Pay** | **Unpaid Balance** |
| | | Name and address of Company | $ Payment/Months | $ |
| **List checking and savings accounts below** | | | | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | | | |
| | | Acct. no. | | |
| Acct. no. | $ | Name and address of Company | $ Payment/Months | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | | | |
| | | Acct. no. | | |
| Acct. no. | $ | Name and address of Company | $ Payment/Months | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | | | |
| | | Acct. no. | | |
| Acct. no. | $ | Name and address of Company | $ Payment/Months | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | | | |
| | | Acct. no. | | |
| Acct. no. | $ | Name and address of Company | $ Payment/Months | |
| Stocks & Bonds (Company name/number & description) | $ | | | |
| | | | | |
| | | Name and address of Company | $ Payment/Months | |
| Life insurance net cash value | $ | | | |
| Face amount: $ | | | | |
| **Subtotal Liquid Assets** | $ | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ | Name and address of Company | $ Payment/Months | |
| Vested interest in retirement fund | $ | | | |
| Net worth of business(es) owned (attach financial statement) | $ | | | |
| Automobiles owned (make and year) | $ | | | |
| | | Acct. no. | | |
| | | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | ////////// |
| Other Assets (itemize) | $ | Job-Related Expense (child care, union dues, etc.) | $ | ////////// |
| | | **Total Monthly Payments** | $ | ////////// |
| **Total Assets a.** | $ | **Net Worth** ▶ $ (a minus b) | **Total Liabilities b.** | $ |

Freddie Mac Form 65 7/05
Fannie Mae Form 1003 7/05

VMP®-21N (0507)

Page 2 of 4

Initials: _____

## VI. ASSETS AND LIABILITIES (cont'd)

**Schedule of Real Estate Owned** (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) ▼ | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| | | $ | $ | $ | $ | $ | $ |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Totals | $ | | $ | $ | $ | $ | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |
| | | |

| VII. DETAILS OF TRANSACTION | | VIII. DECLARATIONS |
|---|---|---|

### VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a. Purchase price | $ |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d. Refinance (incl. debts to be paid off) | |
| e. Estimated prepaid items | |
| f. Estimated closing costs | |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | |
| i. Total costs (add items a through h) | |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits (explain) | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | |

### VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

Columns: Borrower Yes / No — Co-Borrower Yes / No

a. Are there any outstanding judgments against you?

b. Have you been declared bankrupt within the past 7 years?

c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years?

d. Are you a party to a lawsuit?

e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name, and address of Lender, FHA or VA case number, if any, and reasons for the action.)

f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question.

g. Are you obligated to pay alimony, child support, or separate maintenance?

h. Is any part of the down payment borrowed?

i. Are you a co-maker or endorser on a note?

j. Are you a U.S. citizen?

k. Are you a permanent resident alien?

l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below.

m. Have you had an ownership interest in a property in the last three years?
(1) What type of property did you own - - principal residence (PR), second home (SH), or investment property (IP)?
(2) How did you hold title to the home - - solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)?

## IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors, and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

**Acknowledgement .** Each of the undersigned hereby acknowledges that any owner of the Loan, its services, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate business purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

**BORROWER** ☐ I do not wish to furnish this information.

**Ethnicity:** ☐ Hispanic or Latino  ☐ Not Hispanic or Latino

**Race:** ☐ American Indian or Alaska Native  ☐ Asian  ☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander  ☐ White

**Sex:** ☐ Female  ☐ Male

**CO-BORROWER** ☐ I do not wish to furnish this information.

**Ethnicity:** ☐ Hispanic or Latino  ☐ Not Hispanic or Latino

**Race:** ☐ American Indian or Alaska Native  ☐ Asian  ☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander  ☐ White

**Sex:** ☐ Female  ☐ Male

**To be Completed by Interviewer**

This application was taken by:

☐ Face-to-face interview
☐ Mail
☐ Telephone
☐ Internet

| Interviewer's Name (print or type) | Name and Address of Interviewer's Employer |
|---|---|
| Interviewer's Signature — Date | |
| Interviewer's Phone Number (incl. area code) | |

| CONTINUATION SHEET/RESIDENTIAL LOAN APPLICATION | | |
|---|---|---|
| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark **B** for Borrower or **C** for Co-Borrower. | Borrower: | Agency Case Number: |
| | Co-Borrower: | Lender Case Number: |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | Date | Co-Borrower's Signature: | Date |
|---|---|---|---|
| X | | X | |

# EXHIBIT H

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ | $ | $ | Rent | $ | //////// |
| Overtime | | | | First Mortgage (P&I) | | $ |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | | |
| Dividends/Interest | | | | Real Estate Taxes | | |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | |
| | | | | Other: | | |
| **Total** | $ | $ | $ | **Total** | $ | $ |

\* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

| | Describe Other Income | Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) | | |
|---|---|---|---|---|
| B/C | | or Co-Borrower (C) does not choose to have it considered for repaying this loan. | Monthly Amount | |
| | | | $ | |
| | | | | |
| | | | | |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed about that spouse or other person also.

Completed ☐ Jointly ☐ Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address, and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities, which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
| **List checking and savings accounts below** | | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | | | |
| | | Acct. no. | | |
| Acct. no. | $ | Name and address of Company | $ Payment/Months | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | | | |
| | | Acct. no. | | |
| Acct. no. | $ | Name and address of Company | $ Payment/Months | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | | | |
| | | Acct. no. | | |
| Acct. no. | $ | Name and address of Company | $ Payment/Months | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | | | |
| | | Acct. no. | | |
| Acct. no. | $ | Name and address of Company | $ Payment/Months | |
| Stocks & Bonds (Company name/number & description) | $ | | | |
| | | | | |
| | | Acct. no. | | |
| Life insurance net cash value | $ | Name and address of Company | $ Payment/Months | |
| Face amount: $ | | | | |
| **Subtotal Liquid Assets** | $ | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ | | | |
| Vested interest in retirement fund | $ | Name and address of Company | $ Payment/Months | |
| Net worth of business(es) owned (attach financial statement) | $ | | | |
| Automobiles owned (make and year) | $ | | | |
| | | Acct. no. | | |
| | | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | //////// |
| Other Assets (itemize) | $ | Job-Related Expense (child care, union dues, etc.) | $ | //////// |
| | | **Total Monthly Payments** | $ | //////// |
| **Total Assets a.** | $ | **Net Worth** ▶ $ (a minus b) | **Total Liabilities b.** | $ |

# EXHIBIT I

# Uniform Underwriting and Transmittal Summary

## I. Borrower and Property Information

| | |
|---|---|
| Borrower Name  Marouane Ouziz | SSN  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 |
| Co-Borrower Name | SSN |

Property Address  95 Cleopatra Dr, Pleasant Hill, CA 94523

| Property Type | Project Classification | | Occupancy Status | Additional Property Information |
|---|---|---|---|---|
| ☐ 1 unit | Freddie Mac   Fannie Mae | | ☑ Primary Residence | Number of Units  1 |
| ☐ 2-4 units | ☐ P Limited Review New ☐ E PUD ☐ 1 Co-op | ☐ Second Home | Sales Price $ |
| ☐ Condominium | ☐ Q Limited Review Est. ☐ F PUD ☐ 2 Co-op | ☐ Investment Property | Appraised Value $  680,000 |
| ☐ PUD ☐ Co-op | ☐ R Expedited New | | |
| ☐ Manufactured Housing | ☐ S Expedited Est. | | Property Rights |
| ☐ Single Wide | ☐ T Fannie Mae Review | | ☑ Fee Simple |
| ☐ Multiwide | ☐ U FHA-approved | | ☐ Leasehold |

Project Name

## II. Mortgage Information

| Loan Type | Amortization Type | Loan Purpose | Lien Position |
|---|---|---|---|
| ☑ Conventional | ☐ Fixed-Rate—Monthly Payments | ☐ Purchase | ☑ First Mortgage |
| ☐ FHA | ☐ Fixed-Rate—Biweekly Payments | ☐ Cash-Out Refinance | Amount of Subordinate Financing |
| ☐ VA | ☐ Balloon | ☐ Limited Cash-Out Refinance (Fannie) | $ |
| ☐ USDA/RHS | ☑ ARM (type)  ont arm | ☑ No Cash-Out Refinance (Freddie) | (if HELOC, include balance and credit limit) |
| | ☐ Other (specify) | ☐ Home Improvement | ☐ Second Mortgage |
| | | ☐ Construction to Permanent | |

| Note Information | Mortgage Originator | Buydown | If Second Mortgage |
|---|---|---|---|
| Original Loan Amount $  544,000 | ☐ Seller | ☐ Yes | Owner of First Mortgage |
| Initial P&I Payment $  1,375.54 | ☑ Broker | ☑ No | ☐ Fannie Mae ☐ Freddie Mac |
| Initial Note Rate  1.000 % | ☐ Correspondent | Terms | ☐ Seller/Other |
| Loan Term (in months)  480/480 | Broker/Correspondent Name and Company Name: | | Original Loan Amount of First Mortgage |
| | Capitol Mortgage Corporation | | $ |

## III. Underwriting Information

| Underwriter's Name | Appraiser's Name/License # | Appraisal Company Name |
|---|---|---|

| Stable Monthly Income | | | | Present Housing Payment: | $  4,907.25 |
|---|---|---|---|---|---|
| | Borrower | Co-Borrower | Total | Proposed Monthly Payments | |
| Base Income | $  7,250.00 | $ | $  7,250.00 | Borrower's Primary Residence | |
| Other Income | $  9,500.00 | $ | $  9,500.00 | First Mortgage P&I | $  3,705.15 |
| | | | | Second Mortgage P&I | $  297.50 |
| Positive Cash Flow (subject property) | $ | $ | $ | Hazard Insurance | $  165.67 |
| Total Income | $  16,750.00 | $ | $  16,750.00 | Taxes | $  739.58 |
| | | | | Mortgage Insurance | $ |

| Qualifying Ratios | | Loan-to-Value Ratios | | HOA Fees | $ |
|---|---|---|---|---|---|
| Primary Housing Expense/Income | 29.301 % | LTV | 80.000 % | Lease/Ground Rent | $ |
| Total Obligations/Income | 35.659 % | CLTV/TLTV | 90.000 % | Other | $ |
| Debt-to-Housing Gap Ratio (Freddie) | % | HCLTV/HTLTV | % | Total Primary Housing Expense | $  4,907.90 |
| | | | | Other Obligations | |
| Qualifying Rate | | Level of Property Review | | Negative Cash Flow (subject property) | $ |
| ☐ Note Rate | % | ☐ Exterior/Interior | | All Other Monthly Payments | $  1,065.00 |
| ☑ 6.810 % Above Note Rate | 7.810 % | ☐ Exterior Only | | Total All Monthly Payments | $  5,972.90 |
| ☐ % Below Note Rate | % | ☐ No Appraisal | | | |
| ☐ Bought-Down Rate | % | Form Number: | | Borrower Funds to Close | |
| ☐ Other | % | | | Required | $ |
| | | | | Verified Assets | $ |
| Risk Assessment | | Escrow (T&I) | | | |
| ☐ Manual Underwriting | | ☑ Yes ☐ No | | Source of Funds | |
| ☐ AUS | | | | No. of Months Reserves | |
| ☐ DU ☐ LP ☐ Other | | | | Interested Party Contributions | % |
| AUS Recommendation | | | | | |
| DU Case ID/LP AUS Key# | | | | | |
| LP Doc Class (Freddie) | | Community Lending/Affordable Housing Initiative ☐ Yes ☑ No | | | |
| Representative Credit/Indicator Score | | Home Buyers/Homeownership Education Certificate in file ☐ Yes ☑ No | | | |

Underwriter Comments

## IV. Seller, Contract, and Contact Information

| | | | |
|---|---|---|---|
| Seller Name  Capitol Mortgage Corporation | | Contact Name  Amanda Rawls | |
| Seller Address  10471 Grantline Road Ste, 100 | | Contact Title  Loan Officer | |
| Elk Grove, CA 95624 | | Contact Phone Number  916-691-5515 | ext. |
| Seller No. | Investor Loan No. | | |
| Seller Loan No. | | Contact Signature | |
| Master Commitment No. | | | |
| Contract No. | | Date | |

# Uniform Underwriting and Transmittal Summary

## I. Borrower and Property Information

Borrower Name **Marouane Ouziz**          SSN 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

Co-Borrower Name          SSN

Property Address **95 Cleopatra Drive, Pleasant Hill, CA  94523**

| Property Type | Project Classification | | Occupancy Status |
|---|---|---|---|
| | Freddie Mac | Fannie Mae | |
| [x] 1 unit | [ ] III Condo | [ ] P Limited Review New | [x] Primary Residence    [ ] Second Home |
| [ ] 2-4 units | [ ] II Condo | [ ] Q Limited Review Est. | [ ] Investment Property |
| [ ] Condominium | [ ] I Condo | [ ] R Expedited New | |
| [ ] PUD  [ ] Co-op | | [ ] S Expedited Est. | **Additional Property Information** |
| [ ] Manufactured Housing | | [ ] T Fannie Mae Review | Number of Units  1 |
| [ ] Single Wide | | [ ] U FHA-approved | Sales Price  $          0.00 |
| [ ] Multiwide | | | Appraised Value  $    680,000.00 |

Project Name          Property Rights [x] Fee Simple  [ ] Leasehold

## II. Mortgage Information

| Loan Type | Amortization Type | Loan Purpose | Lien Position |
|---|---|---|---|
| [x] Conventional | [ ] Fixed-Rate—Monthly Payments | [ ] Purchase | [x] First Mortgage |
| [ ] FHA | [ ] Fixed-Rate—Biweekly Payments | [x] Cash-Out Refinance | Amount of Subordinate Financing |
| [ ] VA | [ ] Balloon | [ ] Limited Cash-Out Refinance (Fannie) | $          68,000.00 |
| [ ] USDA/RHS | [x] ARM (type)  1/ 1 TREAS ARM | [ ] No Cash-Out Refinance (Freddie) | (If HELOC, include balance and credit limit) |
| | [ ] Other (specify) | [ ] Home Improvement | [ ] Second Mortgage |
| | | [ ] Construction to Permanent | |

**Note Information**

| | | Mortgage Originator | Buydown | If Second Mortgage |
|---|---|---|---|---|
| Original Loan Amount | $      544,000.00 | [ ] Seller | [ ] Yes | Owner of First Mortgage |
| Initial P&I Payment | $        1,975.54 | [x] Broker | [x] No | [ ] Fannie Mae  [ ] Freddie Mac |
| Initial Note Rate | 1.000 % | [ ] Correspondent | Terms | [ ] Seller/Other |
| Loan Term (in months) 480 | | Broker/Correspondent Name and Company Name: | | Original Loan Amount of First Mortgage |
| | | | | $          0.00 |

## III. Underwriting Information

Underwriter's Name **Gwen Thrower**          Appraiser's Name/License #          Appraisal Company Name

| Stable Monthly Income | Borrower | Co-Borrower | Total | | |
|---|---|---|---|---|---|
| Base Income | $ 7,250.00 | $ 0.00 | $ 7,250.00 | Present Housing Payment: | $ 4,908.00 |
| Other Income | $ 9,500.00 | $ 0.00 | $ 9,500.00 | **Proposed Monthly Payments** | |
| Positive Cash Flow | $ 0.00 | $ 0.00 | $ 0.00 | **Borrower's Primary Residence** | |
| (subject property) | | | | First Mortgage P&I | $ 3,680.81 |
| Total Income | $ 16,750.00 | $ 0.00 | $ 16,750.00 | Second Mortgage P&I | $ 0.00 |
| | | | | Hazard Insurance | $ 166.00 |
| **Qualifying Ratios** | | **Loan-to-Value Ratios** | | Taxes | $ 740.00 |
| Primary Housing Expense/Income | 27.384 % | LTV | 80.000 % | Mortgage Insurance | $ 0.00 |
| Total Obligations/Income | 33.742 % | CLTV/TLTV | 90.000 % | HOA Fees | $ 0.00 |
| Debt-to-Housing Gap Ratio (Freddie) | 6.358 % | HCLTV/HTLTV | 0.000 % | Lease/Ground Rent | $ 0.00 |
| | | | | Other | $ 0.00 |
| | | | | Total Primary Housing Expense | $ 4,586.81 |

| Qualifying Rate | | Level of Property Review | Other Obligations | |
|---|---|---|---|---|
| [ ] Note Rate | % | [x] Exterior/Interior | Negative Cash Flow | $ 0.00 |
| [ ] % Above Note Rate | % | [ ] Exterior Only | (subject property) | |
| [ ] % Below Note Rate | % | [ ] No Appraisal | All Other Monthly Payments | $ 1,065.00 |
| [ ] Bought-Down Rate | % | Form Number:  1004 | Total All Monthly Payments | $ 5,651.81 |
| [x] Other | 7.750 % | | | |

**Risk Assessment**          **Escrow (T&I)**          **Borrower Funds to Close**

[x] Manual Underwriting          [ ] Yes  [x] No          Required  $   -36,516.33

[ ] AUS          Verified Assets  $          1.00

[ ] DU  [ ] LP  [ ] Other          **Source of Funds**

AUS Recommendation          No. of Months Reserves  16

DU Case ID/LP AUS Key #          Interested Party Contributions 0.000 %

LP Doc Class (Freddie)

Representative Credit/Indicator Score **711**          Community Lending/Affordable Housing Initiative [ ] Yes [x] No

Underwriter Comments          Home Buyers/Homeownership Education Certificate in file [ ] Yes [x] No

## IV. Seller, Contract, and Contact Information

Seller Name          Contact Name

Seller Address          Contact Title

          Contact Phone Number          ext.

Seller No.          Investor Loan No.          Contact Signature

Seller Loan No.  0090025164

Master Commitment No.          Date

Contract No.          0090025164

Freddie Mac Form 1077  06/05  Fannie Mae Form 1008  06/05

VMP-25N (0507)  VMP Mortgage Solutions, Inc. (800)521-7291          Page 1 of 1

# Uniform Underwriting and Transmittal Summary

## I. Borrower and Property Information

Borrower Name **Marouane Ouziz**  SSN **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**
Co-Borrower Name  SSN
Property Address **95 Cleopatra Drive, Pleasant Hill, CA  94523**

**Property Type**
- [x] 1 unit
- [ ] 2-4 units
- [ ] Condominium
- [ ] PUD  [ ] Co-op
- [ ] Manufactured Housing
  - [ ] Single Wide
  - [ ] Multiwide

**Project Classification**
Freddie Mac / Fannie Mae
- [ ] III Condo  [ ] P Limited Review New
- [ ] II Condo  [ ] Q Limited Review Est.
- [ ] I Condo  [ ] R Expedited New
- [ ] S Expedited Est.
- [ ] T Fannie Mae Review
- [ ] U FHA-approved
- [ ] E PUD
- [ ] F PUD
- [ ] 1 Co-op
- [ ] 2 Co-op

Project Name

**Occupancy Status**
- [x] Primary Residence  [ ] Second Home
- [ ] Investment Property

**Additional Property Information**
Number of Units **1**
Sales Price $ **0.00**
Appraised Value $ **680,000.00**

Property Rights [x] Fee Simple  [ ] Leasehold

## II. Mortgage Information

**Loan Type**
- [x] Conventional
- [ ] FHA
- [ ] VA
- [ ] USDA/RHS

**Amortization Type**
- [ ] Fixed-Rate—Monthly Payments
- [ ] Fixed-Rate—Biweekly Payments
- [ ] Balloon
- [x] ARM (type) **1/ 1 TREAS ARM**
- [ ] Other (specify)

**Loan Purpose**
- [ ] Purchase
- [x] Cash-Out Refinance
- [ ] Limited Cash-Out Refinance (Fannie)
- [ ] No Cash-Out Refinance (Freddie)
- [ ] Home Improvement
- [ ] Construction to Permanent

**Lien Position**
- [x] First Mortgage
Amount of Subordinate Financing
$ **68,000.00**
(if HELOC, include balance and credit limit)
- [ ] Second Mortgage

**Note Information**
Original Loan Amount $ **544,000.00**
Initial P&I Payment $ **1,375.54**
Initial Note Rate **1.000 %**
Loan Term (in months) **480**

**Mortgage Originator**
- [ ] Seller
- [ ] Broker
- [x] Correspondent

**Buydown**
- [ ] Yes
- [x] No  Terms

Broker/Correspondent Name and Company Name:

**If Second Mortgage**
Owner of First Mortgage
- [ ] Fannie Mae  [ ] Freddie Mac
- [ ] Seller/Other
Original Loan Amount of First Mortgage
$ **0.00**

## III. Underwriting Information

Underwriter's Name **Gwen Thrower**
Appraiser's Name/License #
Appraisal Company Name

| Stable Monthly Income | Borrower | Co-Borrower | Total |
|---|---|---|---|
| Base Income | $ 7,250.00 | $ 0.00 | $ 7,250.00 |
| Other Income | $ 9,500.00 | $ 0.00 | $ 9,500.00 |
| Positive Cash Flow (subject property) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total Income | $ 16,750.00 | $ 0.00 | $ 16,750.00 |

**Qualifying Ratios**
Primary Housing Expense/Income **19.492 %**
Total Obligations/Income **25.850 %**
Debt-to-Housing Gap Ratio (Freddie) **6.358 %**

**Loan-to-Value Ratios**
LTV **80.000 %**
CLTV/TLTV **90.000 %**
HCLTV/HTLTV **0.000 %**

**Qualifying Rate**
- [ ] Note Rate %
- [ ] ___ % Above Note Rate %
- [ ] ___ % Below Note Rate %
- [ ] Bought-Down Rate %
- [x] Other **4.250 %**

**Level of Property Review**
- [ ] Exterior/Interior
- [ ] Exterior Only
- [ ] No Appraisal
Form Number:

**Risk Assessment**
- [ ] Manual Underwriting
- [ ] AUS
  - [ ] DU  [ ] LP  [ ] Other
AUS Recommendation
DU Case ID/LP AUS Key #
LP Doc Class (Freddie)
Representative Credit/Indicator Score **711**
Underwriter Comments

**Escrow (T&I)**
- [ ] Yes  [x] No

**Present Housing Payment:** $ **4,908.00**
**Proposed Monthly Payments**
Borrower's Primary Residence
First Mortgage P&I $ **2,358.89**
Second Mortgage P&I $ **0.00**
Hazard Insurance $ **166.00**
Taxes $ **740.00**
Mortgage Insurance $ **0.00**
HOA Fees $ **0.00**
Lease/Ground Rent $ **0.00**
Other $ **0.00**
Total Primary Housing Expense $ **3,264.89**
Other Obligations
Negative Cash Flow (subject property) $ **0.00**
All Other Monthly Payments $ **1,065.00**
Total All Monthly Payments $ **4,329.89**

**Borrower Funds to Close**
Required $ **-137,306.33**
Verified Assets $ **1.00**

Source of Funds
No. of Months Reserves **60**
Interested Party Contributions **0.000 %**

Community Lending/Affordable Housing Initiative [ ] Yes [x] No
Home Buyers/Homeownership Education Certificate in file [ ] Yes [x] No

## IV. Seller, Contract and Contact Information

Seller Name
Seller Address
Seller No.  Investor Loan No.
Seller Loan No. **0090025164**
Master Commitment No.
Contract No.

Contact Name
Contact Title
Contact Phone Number  ext.
Contact Signature
Date
**0090025164**

# Uniform Underwriting and Transmittal Summary

## I. Borrower and Property Information

Borrower Name  Marouane Ouziz
SSN  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

Co-Borrower Name
SSN

Property Address  95 Cleopatra Drive, Pleasant Hill, CA  94523

**Property Type**
- [x] 1 unit
- [ ] 2-4 units
- [ ] Condominium
- [ ] PUD  [ ] Co-op
- [ ] Manufactured Housing
  - [ ] Single Wide
  - [ ] Multiwide

**Project Classification**
Freddie Mac   Fannie Mae
- [ ] III Condo  [ ] P Limited Review New
- [ ] II Condo   [ ] Q Limited Review Est.
- [ ] I Condo    [ ] R Expedited New
                 [ ] S Expedited Est.
                 [ ] T Fannie Mae Review
                 [ ] U FHA-approved

- [ ] E PUD
- [ ] F PUD
- [ ] 1 Co-op
- [ ] 2 Co-op

Project Name

**Occupancy Status**
- [x] Primary Residence
- [ ] Investment Property
- [ ] Second Home

**Additional Property Information**
Number of Units  1
Sales Price  $  0.00
Appraised Value  $  680,000.00

Property Rights  [x] Fee Simple  [ ] Leasehold

## II. Mortgage Information

**Loan Type**
- [x] Conventional
- [ ] FHA
- [ ] VA
- [ ] USDA/RHS

**Amortization Type**
- [ ] Fixed-Rate—Monthly Payments
- [ ] Fixed-Rate—Biweekly Payments
- [ ] Balloon
- [x] ARM (type)  1/ 1 TREAS ARM
- [ ] Other (specify)

**Loan Purpose**
- [ ] Purchase
- [x] Cash-Out Refinance
- [ ] Limited Cash-Out Refinance (Fannie)
- [ ] No Cash-Out Refinance (Freddie)
- [ ] Home Improvement
- [ ] Construction to Permanent

**Lien Position**
- [x] First Mortgage
Amount of Subordinate Financing
$  68,000.00
(If HELOC, include balance and credit limit)
- [ ] Second Mortgage

**Note Information**
Original Loan Amount  $  544,000.00
Initial P&I Payment  $  1,375.54
Initial Note Rate  1.000 %
Loan Term (in months) 480

**Mortgage Originator**  **Buydown**
- [ ] Seller      [ ] Yes
- [ ] Broker      [x] No
- [ ] Correspondent   Terms

Broker/Correspondent Name and Company Name:

**If Second Mortgage**
Owner of First Mortgage
- [ ] Fannie Mae  [ ] Freddie Mac
- [ ] Seller/Other
Original Loan Amount of First Mortgage
$  0.00

## III. Underwriting Information

Underwriter's Name
Gwen Thrower

Appraiser's Name/License #

Appraisal Company Name

**Stable Monthly Income**

| | Borrower | Co-Borrower | Total |
|---|---|---|---|
| Base Income | $ 7,250.00 | $ 0.00 | $ 7,250.00 |
| Other Income | $ 9,500.00 | $ 0.00 | $ 9,500.00 |
| Positive Cash Flow (subject property) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total Income | $ 16,750.00 | $ 0.00 | $ 16,750.00 |

**Qualifying Ratios**
Primary Housing Expense/Income  19.492 %
Total Obligations/Income  25.850 %
Debt-to-Housing Gap Ratio (Freddie)  6.358 %

**Loan-to-Value Ratios**
LTV  80.000 %
CLTV/TLTV  90.000 %
HCLTV/HTLTV  0.000 %

**Qualifying Rate**
- [ ] Note Rate  %
- [ ] ___ % Above Note Rate  %
- [ ] ___ % Below Note Rate  %
- [ ] Bought-Down Rate  %
- [x] Other  4.250 %

**Level of Property Review**
- [ ] Exterior/Interior
- [ ] Exterior Only
- [ ] No Appraisal
Form Number:

**Risk Assessment**
- [ ] Manual Underwriting
- [ ] AUS
  - [ ] DU  [ ] LP  [ ] Other
AUS Recommendation
DU Case ID/LP AUS Key #
LP Doc Class (Freddie)
Representative Credit/Indicator Score
Underwriter Comments

**Escrow (T&I)**
- [ ] Yes  [x] No

**Present Housing Payment:**  $  4,908.00
**Proposed Monthly Payments**
Borrower's Primary Residence

| | |
|---|---|
| First Mortgage P&I | $ 2,358.89 |
| Second Mortgage P&I | $ 0.00 |
| Hazard Insurance | $ 166.00 |
| Taxes | $ 740.00 |
| Mortgage Insurance | $ 0.00 |
| HOA Fees | $ 0.00 |
| Lease/Ground Rent | $ 0.00 |
| Other | $ 0.00 |
| Total Primary Housing Expense | $ 3,264.89 |

Other Obligations
| | |
|---|---|
| Negative Cash Flow (subject property) | $ 0.00 |
| All Other Monthly Payments | $ 1,065.00 |
| Total All Monthly Payments | $ 4,329.89 |

**Borrower Funds to Close**
Required  $  -137,306.33
Verified Assets  $  1.00

Source of Funds
No. of Months Reserves  60
Interested Party Contributions  0.000  %

Community Lending/Affordable Housing Initiative  [ ] Yes  [x] No
Home Buyers/Homeownership Education Certificate in file  [ ] Yes  [x] No

## IV. Seller, Contract, and Contact Information

Seller Name
Seller Address

Seller No.        Investor Loan No.
Seller Loan No.  0090025164
Master Commitment No.
Contract No.

Contact Name
Contact Title
Contact Phone Number        ext.

Contact Signature

Date
0090025164

Freddie Mac Form 1077  06/05   Fannie Mae Form 1008  06/05

VMP-26N (0507)   VMP Mortgage Solutions, Inc. (800)521-7291

Page 1 of 1