**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Timothy M. Blaine, SBN 124176
Christopher M. Egan, SBN 232301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
GREGORY TEETER, Individually and as Agent for CAPITOL MORTGAGE
CORPORATION, and
AMANDA RAWLS, Individually and as Agent for CAPITOL MORTGAGE
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAROUANE OUZIZ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CAPITAL ONE SERVICES, GREGORY TEETER, INDIVIDUALLY AND AS AGENT FOR CAPITOL MORTGAGE CORPORATION, AMANDA RAWLS, INDIVIDUALLY AND AS AGENT FOR CAPITOL MORTGAGE CORPORATION, KEVEN NAFAL , INDIVIDUALLY AND AS AGENT FOR CAPITOL MORTGAGE CORPORATION, DAVID CALDERA, INDIVIDUALLY AND AS AGENT FOR GREENPOINT MORTGAGE FUNDING,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV 08 2201<br><br>DEFENDANTS GREGORY TEETER, INDIVIDUALLY AND AS AGENT FOR CAPITOL MORTGAGE CORPORATION, AND AMANDA RAWLS, INDIVIDUALLY AND AS AGENT FOR CAPITOL MORTGAGE CORPORATION'S ANSWER TO COMPLAINT FOR VIOLATION OF FEDERAL REAL ESTATE SETTLEMENT PROCEDURES ACT AND FEDERAL RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT<br><br><br>Complaint Filed: April 29, 2008 |

　　　Defendants GREGORY TEETER, Individually and as Agent for CAPITOL MORTGAGE

CORPORATION and AMANDA RAWLS, Individually ("Capitol Mortgage") hereby answer

plaintiff's Complaint as follows:

1

DEFENDANTS GREGORY TEETER AND AMANDA RAWLS' ANSWER TO COMPLAINT

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00595787.WPD

Defendants reserve the right to raise additional affirmative defenses and/or submit such at trial, which are subsequently discovered through the discovery process. Defendants deny any allegations of the Complaint not specifically admitted herein.

## PRELIMINARY STATEMENT

1.     Answering paragraph 1, said paragraph contains conclusions of law and not allegations of fact for which a responsive pleading is required. With regard to any remaining averments of fact contained in this paragraph, defendants deny generally and specifically each and every averment contained herein.

2.     Answering paragraph 2, said paragraph contains conclusions of law and not allegations of fact for which a responsive pleading is required. With regard to any remaining averments of fact contained in this paragraph, defendants deny generally and specifically each and every averment contained herein.

## JURISDICTION AND VENUE

3.     Answering paragraph 3, said paragraph contains conclusions of law and not allegations of fact for which a responsive pleading is required. With regard to any remaining averments of fact contained in this paragraph, defendants deny generally and specifically each and every averment contained herein.

4.     Answering paragraph 4, said paragraph contains conclusions of law and not allegations of fact for which a responsive pleading is required. With regard to any remaining averments of fact contained in this paragraph, defendants deny generally and specifically each and every averment contained herein.

4. (sic) Answering plaintiff's second numbered paragraph 4, said paragraph contains conclusions of law and not allegations of fact for which a responsive pleading is required. With regard to any remaining averments of fact contained in this paragraph, defendants deny generally and specifically each and every averment contained herein.

5.     Answering paragraph 5, said paragraph contains conclusions of law and not allegations of fact for which a responsive pleading is required. With regard to any remaining averments of fact contained in this paragraph, defendants deny generally and specifically each and every averment

2

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

contained herein.

6.    Answering paragraph 6, said paragraph contains conclusions of law and not allegations of fact for which a responsive pleading is required.   With regard to any remaining averments of fact contained in this paragraph, defendants deny generally and specifically each and every averment contained herein.

## STATUTORY FRAMEWORK OF RESPA

7.    Answering paragraph 7, said paragraph contains conclusions of law and not allegations of fact for which a responsive pleading is required.   With regard to the remaining averments of fact contained in this paragraph, defendants deny generally and specifically each and every averment contained herein.

8.    Answering paragraph 8, said paragraph contains conclusions of law and not allegations of fact for which a responsive pleading is required.   With regard to the remaining averments of fact contained in this paragraph, defendants deny generally and specifically each and every averment contained herein.

9.    Answering paragraph 9, said paragraph contains conclusions of law and not allegations of fact for which a responsive pleading is required.   With regard to the remaining averments of fact contained in this paragraph, defendants deny generally and specifically each and every averment contained herein.

10.    Answering paragraph 10, said paragraph contains conclusions of law and not allegations of fact for which a responsive pleading is required.   With regard to the remaining averments of fact contained in this paragraph, defendants deny generally and specifically each and every averment contained herein.

11.    Answering paragraph 11,  said paragraph contains conclusions of law and not allegations of fact for which a responsive pleading is required.   With regard to the remaining averments of fact contained in this paragraph, defendants deny generally and specifically each and every averment contained herein.

12.    Answering paragraph 12, said paragraph contains conclusions of law and not allegations of fact for which a responsive pleading is required.   With regard to the remaining

3

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00595787.WPD

averments of fact contained in this paragraph, defendants deny generally and specifically each and every averment contained herein.

13.    Answering paragraph 13, said paragraph contains conclusions of law and not allegations of fact for which a responsive pleading is required.    With regard to the remaining averments of fact contained in this paragraph, defendants deny generally and specifically each and every averment contained herein.

14.    Answering paragraph 14, said paragraph contains conclusions of law and not allegations of fact for which a responsive pleading is required.    With regard to the remaining averments of fact contained in this paragraph, defendants deny generally and specifically each and every averment contained herein.

15.    Answering paragraph 15, said paragraph contains conclusions of law and not allegations of fact for which a responsive pleading is required.    With regard to the remaining averments of fact contained in this paragraph, defendants deny generally and specifically each and every averment contained herein.

16.    Answering paragraph 16, said paragraph contains conclusions of law and not allegations of fact for which a responsive pleading is required.    With regard to the remaining averments of fact contained in this paragraph, defendants deny generally and specifically each and every averment contained herein.

## PARTIES

17.    Answering paragraph 17, these answering defendants lack information and belief sufficient to enable defendants to respond, and on that basis deny generally and specifically every other averment contained in said paragraph.

18 a.    Answering paragraph 18 a., defendants lack information and belief sufficient to enable defendants to respond, and on that basis, deny generally and specifically each and every averment contained in said paragraph.

18 b.    Answering paragraph 18 b., defendants lack information and belief sufficient to enable defendants to respond, and on that basis, deny generally and specifically each and every averment contained in said paragraph.

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

DEFENDANTS GREGORY TEETER AND AMANDA RAWLS' ANSWER TO COMPLAINT

00595787.WPD

18 c.    Answering paragraph 18 c., defendants admit the averments of fact contained in said paragraph.

18 d.    Answering paragraph 18 d., defendants admit the averments of fact contained in said paragraph.

18 e.    Answering paragraph 18 e., defendants deny, generally and specifically, each and every averment contained in said paragraph.

18 f.    Answering paragraph 18 f., defendants admit the averments of fact contained in said paragraph.

18 g.    Answering paragraph 18 g., defendants lack information and belief sufficient to enable defendants to respond, and on that basis, deny generally and specifically each and every averment contained in said paragraph.

18 h.    Answering paragraph 18 h., defendants lack information and belief sufficient to enable defendants to respond, and on that basis, deny generally and specifically each and every averment contained said paragraph.

## FACTS

19.    Answering paragraph 19, defendants lack information and belief sufficient to enable defendants to respond, and on that basis, deny generally and specifically each and every averment contained said paragraph.

20.    Answering paragraph 20, Gregory Teeter and defendant Capitol Mortgage deny that it "made" residential loans.  The remaining allegations in the paragraph contain conclusions of law and not allegations of fact for which a responsive pleading is required.  To the extent that the remainder of the answer contains allegations of fact, these answering defendants lack information and belief sufficient to enable the defendants to respond, and on that basis, deny generally and specifically each and every averment contained in said paragraph.

21.    Answering paragraph 21, to the extent it contains legal conclusions, no admissions or denial is required.  Except as so stated and limited, these answering defendants admit the remaining allegations contained therein.

22.    Answering paragraph 22, these answering defendants are without specific knowledge

5

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00595787.WPD

or information to form a basis as to the truth of these allegations, and on that basis deny said allegations.

23.    Answering paragraph 23, these answering defendants deny each and every allegation contained therein.

24.    Answering paragraph 24, these answering defendants deny each and every allegation contained therein.

25.    Answering paragraph 25, these answering defendants deny that defendant Capitol Mortgage was "Nafai's company." Except as so stated and limited, these answering defendants are without specific knowledge or information to form a basis as to the truth of these allegations, and on that basis deny said allegations.

26.    Answering paragraph 26, these answering defendant deny each and every allegation contained therein.

27.    Answering paragraph 27, these answering defendants are without specific knowledge or information to form a basis as to the truth of these allegations, and on that basis, deny said allegations.

28.    Answering paragraph 28, to the extent it contains legal conclusions, no admission or denial is required. Except as so stated and limited, these answering defendants deny each and every remaining allegation contained therein.

29.    Answering paragraph 29, to the extent it contains legal conclusions, no admission or denial is required. Except as so stated limited, these answering defendants deny each and every remaining allegation contained therein.

30.    Answering paragraph 30, defendant Rawls admits that she provided to defendant Greenpoint a loan application information and paperwork necessary to secure a "federally related mortgage loan." Except as so stated and limited, these answering defendants deny each and every remaining allegation contained therein.

31.    Answering paragraph 31, these answering defendants admit the averments in said paragraph.

32.    Answering paragraph 32, these answering defendants deny that the loans supplied for

6

00595787.WPD

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

the refinance were funded by Capital One. Except as so stated and limited, these answering defendants admit each and every allegation contained therein.

33.     Answering paragraph 33, these answering defendants deny each and every allegation contained therein.

34.     Answering paragraph 34, these answering defendants deny each and every allegation contained therein.

35.     Answering paragraph 35, these answering defendants lack information and belief sufficient to enable defendants to respond, and on that basis, deny generally and specifically each and every averment contained in said paragraph.

36.     Answering paragraph 36, these answering defendants admit the averments in said paragraph.

37.     Answering paragraph 37, these answering defendants admit the averments in said paragraph.

38.     Answering paragraph 38, these answering defendants admit the averments in said paragraph.

39.     Answering paragraph 39, these answering defendants deny generally and specifically each and every averment contained in said paragraph.

40.     Answering paragraph 40, these answering defendants deny generally and specifically each and every averment contained in said paragraph.

41.     Answering paragraph 41, these answering defendants deny generally and specifically each and every averment contained in said paragraph.

42.     Answering paragraph 42, these answering defendants deny generally and specifically each and every averment contained in said paragraph.

43.     Answering paragraph 43, these answering defendants deny generally and specifically each and every averment contained in said paragraph.

44.     Answering paragraph 44, these answering defendants admit that on June 20, 2006, the date of the loan closing, plaintiff received a "Prepayment Fee Allonge Statement." Except as so stated and limited, these answering defendants deny each and every remaining allegation contained therein.

7

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00595787.WPD

45.    Answering paragraph 45, these answering defendants deny each and every allegation contained therein.

46.    Answering paragraph 46, these answering defendants deny each and every allegation contained therein.

47.    Answering paragraph 47, these answering defendants deny each and every allegation contained therein.

48.    Answering paragraph 48, these answering defendants deny each and every allegation contained therein.

49.    Answering paragraph 49, these answering defendants deny each and every allegation contained therein.

50.    Answering paragraph 50, these answering defendants deny each and every allegation contained therein.

51.    Answering paragraph 51, this paragraph contains no allegations such that any admission or denial is required.  To the extent that a response is required, these answering defendants hereby incorporate by reference, as fully set forth herein its responses to paragraph 50 above.

52.    Answering paragraph 52, to the extent it contains legal conclusions, no admission or denial is required.  Except as so stated and limited, these answering defendants deny each and every remaining allegation contained therein.

53.    Answering paragraph 53, these answering defendants deny each and every allegation contained therein.

54.    Answering paragraph 54, these answering defendants deny each and every allegation contained therein.

55.    Answering paragraph 55, these answering defendants deny each and every allegation contained therein.

56.    Answering paragraph 56, these answering defendants deny each and every allegation contained therein.

57.    Answering paragraph 57, this paragraph contains no allegations such that any admission or denial is required.

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

DEFENDANTS GREGORY TEETER AND AMANDA RAWLS' ANSWER TO COMPLAINT

00595787.WPD

58.     Answering paragraph 58, these answering defendants deny each and every allegation contained therein.

59.     Answering paragraph 59, these answering defendants deny each and every allegation contained therein.

60.     Answering paragraph 60, these answering defendants deny each and every allegation contained therein.

61.     Answering paragraph 61, these answering defendants deny each and every allegation contained therein.

62.     Answering paragraph 62, these answering defendants deny each and every allegation contained therein.

63.     Answering paragraph 63, to the extent they contain legal conclusions, no admission or denial is required.  Except as so stated and limited, these answering defendants deny each and every remaining allegation contained therein.

64.     Answering paragraph 64, to the extent they contain legal conclusions, no admission or denial is required.  Except as so stated and limited, these answering defendants deny each and every remaining allegation contained therein.

65.     Answering paragraph 65, to the extent they contain legal conclusions, no admission or denial is required.  Except as so stated and limited, these answering defendants deny each and every remaining allegation contained therein.

66.     Answering paragraph 66, to the extent they contain legal conclusions, no admission or denial is required.  Except as so stated and limited, these answering defendants deny each and every remaining allegation contained therein.

67.     Answering paragraph 67, to the extent they contain legal conclusions, no admission or denial is required.  Except as so stated and limited, these answering defendants deny each and every remaining allegation contained therein.

68.     Answering paragraph 68, these answering defendants deny each and every remaining allegation contained therein.

69.     Answering paragraph 69, these answering defendants deny each and every remaining

9

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00595787.WPD

allegation contained therein.

70.    Answering paragraph 70, these answering defendants deny each and every remaining allegation contained therein.

71.    Answering paragraph 71, these answering defendants deny each and every remaining allegation contained therein.

72.    Answering paragraph 72, these answering defendants deny each and every remaining allegation contained therein.

73.    Answering paragraph 73, these answering defendants deny each and every remaining allegation contained therein.

74.    Answering paragraph 74, these answering defendants deny each and every remaining allegation contained therein.

75.    Answering paragraph 75, these answering defendants deny each and every remaining allegation contained therein.

76.    Answering paragraph 76, this paragraph contains no allegations such that any admission or denial is required.

77.    Answering paragraph 77, these answering defendants deny each and every allegation contained therein.

78.    Answering paragraph 78, these answering defendants deny that defendant Nafai acted as a mortgage broker for Mr. Ouziz.  These answering defendants admit that defendant Teeter and defendant Capitol Mortgage acted as mortgage broker for Mr. Ouziz.  These answering defendants admit that defendant Capitol Mortgage and defendant Teeter were a mortgage broker for Mr. Ouziz and that a fiduciary duty was owed by defendant Teeter and defendant Capitol Mortgage to Mr. Ouziz. Except as so stated and limited, these answering defendants deny each and every remaining allegation contained therein.

79.    Answering paragraph 79, these answering defendants deny each and every allegation contained therein.

80.    Answering paragraph 80, this paragraph contains no allegations such that any admission or denial is required.  To the extent that a response is required, these answering defendants

10

DEFENDANTS GREGORY TEETER AND AMANDA RAWLS' ANSWER TO COMPLAINT

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00595787.WPD

hereby incorporate by reference, as fully set forth herein its responses to paragraph 50 above.

81.    Answering paragraph 81, these answering defendants deny each and every allegation contained therein.

82.    Answering paragraph 82, these answering defendants deny each and every allegation contained therein.

83.    Answering paragraph 83, these answering defendants deny each and every allegation contained therein.

84.    Answering paragraph 84, these answering defendants deny each and every allegation contained therein.

85.    Answering paragraph 85, these answering defendants deny each and every allegation contained therein.

86.    Answering paragraph 86, these answering defendants deny each and every allegation contained therein.

87.    Answering paragraph 87, these answering defendants deny each and every allegation contained therein.

88.    Answering paragraph 88, these answering defendants deny each and every allegation contained therein.

89.    Answering paragraph 89, these answering defendants deny each and every allegation contained therein.

90.    Answering paragraph 90, to the extent it contains legal conclusions, no admission or denial is required.  Except as so stated and limited, these answering defendants deny each and every remaining allegation contained therein.

91.    Answering paragraphs 91, these answering defendants deny each and every allegation contained therein.

92.    Answering paragraphs 92, these answering defendants deny each and every allegation contained therein.

93.    Answering paragraphs 93, these answering defendants deny each and every allegation contained therein.

DEFENDANTS GREGORY TEETER AND AMANDA RAWLS' ANSWER TO COMPLAINT

00595787.WPD

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

94.     Answering paragraphs 94, these answering defendants deny each and every allegation contained therein.

95.     Answering paragraphs 95, these answering defendants deny each and every allegation contained therein.

96.     Answering paragraphs 96, these answering defendants deny each and every allegation contained therein.

97.     Answering paragraph 97, these answering defendants deny that plaintiffs in and the putative class are entitled to any relief, including but not limited to the relief sought in sub-parts a through f of the "Prayer for Relief."

Wherefore, these answering defendants seek relief in its favor as prayed for herein, including a judgment in its favor, dismissal of this action, an award of costs, an award of reasonable attorneys' fees, and such other and further relief as the Court deems appropriate.

These answering defendants do not request a jury trial on any issues.

### AFFIRMATIVE DEFENSES OF
### DEFENDANTS CAPITOL MORTGAGE

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint, and each and every cause of action therein, fails to state facts sufficient to constitute a cause of action, or causes of action, against Capitol Mortgage.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's Complaint, and each and every cause of action therein, fails to state a cause of action or causes of action appropriate for equitable relief against Capitol Mortgage.

### THIRD AFFIRMATIVE DEFENSE

Some or all of Plaintiff's claims are barred by the statute of limitation governing RESPA and Civil RICO.

### FOURTH AFFIRMATIVE DEFENSE

Some or all of Plaintiffs' claim are barred, in whole or in part, by waiver, estoppel, release, unclean hands, laches or other equitable doctrines.

### FIFTH AFFIRMATIVE DEFENSE

12

DEFENDANTS GREGORY TEETER AND AMANDA RAWLS' ANSWER TO COMPLAINT
00595787.WPD

Plaintiff has failed and refused to reduce and mitigate their alleged damages arising from the matters referred to in the Complaint.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff was careless and negligent and at fault in and about the matters complained of, and such carelessness, negligence and fault, proximately and concurrently caused the alleged damages sustained by Plaintiff, and under the principles of comparative fault, Plaintiff must bear sole or partial responsibility for their injuries, damaged, and/or other alleged loss, if any there be, based on the percentage allocation of Plaintiff's fault or negligence.

## SEVENTH AFFIRMATIVE DEFENSE

Some or all of Plaintiff's claims are barred, in whole or in part, because Plaintiff acquiesced in or consented to the acts and omission alleged in the Complaint, or benefitted from the acts or omissions, and accepted any and all loan terms and conditions agreed to.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint, and each and every cause of action therein, is barred in that Plaintiff did not justify, or in fact, rely on any representation of Capitol Mortgage.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint, and each and every cause of action therein, is barred in whole or in part in that the damage or damages alleged therein, were not proximately caused by the alleged acts, omissions or transactions set forth in the Complaint.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint, and each and every cause of action therein, is barred in that at all times Capitol Mortgage acted in good faith.

## ELEVENTH AFFIRMATIVE DEFENSE

Some or all of Plaintiff's claims are barred, in whole or in part, to the extent they are based on the acts or omission of third parties no under the control of Capitol Mortgage.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff have failed, refused and/or neglected to take reasonable steps to mitigate their

13

DEFENDANTS GREGORY TEETER AND AMANDA RAWLS' ANSWER TO COMPLAINT

00595787.WPD

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

damages, if any, thus barring or diminishing any recovery.

### THIRTEENTH AFFIRMATIVE DEFENSE

Some or all of Plaintiff's claims are barred, in whole or in part, because Capitol Mortgage has committed no act or omission causing damage to Plaintiffs.

### FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiffs cannot recover punitive damages to the extent such damages would violate provisions of the United States Constitution, including, but not limited to, the due process clauses of the Fifth and Fourteenth Amendments.

### FIFTEENTH AFFIRMATIVE DEFENSE

Upon information and belief, answering defendant Capitol Mortgage alleges that it presently has insufficient knowledge or information upon which to form a belief as to whether it may have additional, as yet unstated, affirmative defenses available. Accordingly, answering defendant Capitol Mortgager reserves the right to assert additional affirmative defenses in the event discovery indicates that they would be appropriate.

Wherefore, Capitol Mortgage asks judgment as follow:

1.    The Plaintiff takes nothing by his Complaint or any claim for relief therein;

2.    That the Complaint as against Capitol Mortgage be dismissed with prejudice;

3.    That Capitol Mortgage be awarded its costs and attorneys' fees herein; and

4.    For such other and further relief as the Court deems just and proper.

Dated:  July 25, 2008

PORTER SCOTT
A PROFESSIONAL CORPORATION


By _____
      Timothy M. Blaine
      Christopher M. Egan
      Attorneys for Defendants
      Gregory Teeter, Individually and as Agent for
      Capitol Mortgage Corporation and Amanda
      Rawls, Individually

DEFENDANTS GREGORY TEETER AND AMANDA RAWLS' ANSWER TO COMPLAINT

00595787.WPD

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com