**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 7, 2008

Case No.  C08-2201 WHA

Title: Marouane Quziz v. Capital One Services

Plaintiff Attorneys:     Scott Flaxmann

Defense Attorneys:     Ted Buell; Ron Arlus

Deputy Clerk: Frank Justiliano

Court Reporter:    Sahar McVickar

**PROCEEDINGS**

1)  CMC -  Held.

2)  

**ORDERED AFTER HEARING:**

The Court set dates and deadlines.   Scheduling order to be issued.
Case is referred to ADR for mediation.