**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Timothy M. Blaine, SBN 124176
Christopher M. Egan, SBN 232301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
GREGORY TEETER, INDIVIDUALLY AND AS AGENT FOR CAPITOL MORTGAGE CORPORATION and AMANDA RAWLS, INDIVIDUALLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAROUANE OUZIZ,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE SERVICES, GREGORY TEETER, INDIVIDUALLY AND AS AGENT FOR CAPITOL MORTGAGE CORPORATION, AMANDA RAWLS, INDIVIDUALLY AND AS AGENT FOR CAPITOL MORTGAGE CORPORATION, KEVEN NAFAI, INDIVIDUALLY AND AS AGENT FOR CAPITOL MORTGAGE CORPORATION, DAVID CALDERA, INDIVIDUALLY AND AS AGENT FOR GREENPOINT MORTGAGE FUNDING,<br><br>    Defendants.<br>_____ / | CASE NO. CV 08 2201<br><br>STIPULATION TO EXTEND TIME TO COMPLETE ALTERNATIVE DISPUTE RESOLUTION<br><br><br><br><br><br>Complaint Filed: April 29, 2008 |

Plaintiff MAROUANE OUZIZ and Defendants GREENPOINT MORTGAGE FUNDING, INC., GREGORY TEETER, AMANDA RAWLS and CAPITOL MORTGAGE CORPORATION stipulate to the following:

1. On August 7, 2008, the Court referred this matter to the ADR Unit for mediation. Counsel representing the above-mentioned parties discussed mediation with mediator, Jay Folberg.

1

00625431.WPD    STIPULATION TO EXTEND TIME TO COMPLETE ALTERNATIVE DISPUTE RESOLUTION

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

During the telephone conference, plaintiff's counsel indicated he would be filing a lengthy amended complaint.

2. On October 29, 2008, plaintiff filed a motion to amend his complaint. The motion is scheduled to be heard on December 11, 2008. If the motion is granted by the Court, defense counsel will need to evaluate the new causes of action and claims before proceeding meaningfully toward mediation.

3. The current deadline to complete mediation is November 7, 2008. The parties hereby stipulate to extend the time to complete mediation to March 7, 2009. The additional time is necessary for defendants to evaluate plaintiff's new allegations and to conduct discovery.

DATED: November 4, 2008

PORTER SCOTT
A PROFESSIONAL CORPORATION

By /s/ *Christopher M. Egan*
Christopher M. Egan for Capitol Mortgage Corporation, Gregory Teeter and Amanda Rawls

DATED: November 4, 2008

SCOTT FLAXMAN LAW

By /s/ *Scott A. Flaxman*
Scott A. Flaxman for Marouane Ouziz

DATED: November 4, 2008

ARLAS & SMITHTON

By /s/ *Ron Arlas*
Ron Arlas for GreenPoint Mortgage Funding, Inc.

2

00625431.WPD

STIPULATION TO EXTEND TIME TO COMPLETE
ALTERNATIVE DISPUTE RESOLUTION

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1      IT IS SO ORDERED.

2    DATED:   November 5, 2008.

3

4                                  ~~JUDGE OF THE SUPERIOR COURT~~



IT IS SO ORDERED

Judge William Alsup

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00625431.WPD

STIPULATION TO EXTEND TIME TO COMPLETE
ALTERNATIVE DISPUTE RESOLUTION